UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENE ORTEGA GALVEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UR MENDOZA HADDOU, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:24-cv-00946-KKE<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED** under 28 U.S.C § 1915(a)(1).

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 3rd day of July, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1